**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: MICHAEL SEMMENS, SR.  §   Case No. 08-73345
     DAWN SEMMENS  §
                              §
       Debtors  §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/17/2008.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/13/2009.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,865.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

### Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,000.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,000.00 |

### Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 544.60 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 77.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 621.60 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY JAMES A YOUNG | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 544.60 | 0.00 |
| HEIGHTS FINANCE | Sec | 375.00 | 375.00 | 375.00 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Sec | 650.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 5,281.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARQUETTE CONSUMER FINANCE | Sec | 2,974.80 | 2,974.80 | 2,974.80 | 268.31 | 110.09 |
| ILLINOIS TOLLWAY | Uns | 208.00 | NA | NA | 0.00 | 0.00 |
| ABA | Uns | 728.00 | 727.64 | 727.64 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 81.74 | 81.74 | 81.74 | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 434.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON | Uns | 383.00 | 878.88 | 878.88 | 0.00 | 0.00 |
| AFNI, INC. | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORPORATION | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Uns | 388.98 | NA | NA | 0.00 | 0.00 |
| AVANTEUSA | Uns | 559.07 | NA | NA | 0.00 | 0.00 |
| CCA | Uns | 259.84 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 278.00 | 301.70 | 301.70 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 255.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Uns | 719.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SERVICE, | Uns | 179.00 | 151.67 | 151.67 | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Uns | 467.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 126.00 | NA | NA | 0.00 | 0.00 |
| DARMON ORTHODONTICS, PC | Uns | 2,700.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 865.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 388.00 | 388.97 | 388.97 | 0.00 | 0.00 |
| H & F LAW | Uns | 152.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES | Uns | 7,644.08 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 130.60 | NA | NA | 0.00 | 0.00 |
| MEA-SJMC LLC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL COLLECTIONS SYSTEMS | Uns | 269.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,278.72 | 1,278.72 | 1,278.72 | 0.00 | 0.00 |
| MIDLAND | Uns | 1,110.09 | NA | NA | 0.00 | 0.00 |
| MIDLAND | Uns | 633.73 | NA | NA | 0.00 | 0.00 |
| MIRACLE FINANCIAL | Uns | 878.88 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 210.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 2,170.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 713.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 198.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS INC | Uns | 595.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS INC | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOCIATES | Uns | 447.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 553.50 | 553.50 | 553.50 | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION SERV | Uns | 189.00 | NA | NA | 0.00 | 0.00 |
| PROVENA HEALTH | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE PARTNERS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Uns | 475.85 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 259.00 | NA | NA | 0.00 | 0.00 |
| SALUTE / UTB | Uns | 599.00 | NA | NA | 0.00 | 0.00 |
| SCOTT R. ERWIN | Uns | 960.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| SURETECHFS | Uns | 288.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TARGET | Uns | 457.83 | NA | NA | 0.00 | 0.00 |
| THE LAW OFFICE OF BRIAN S. | Uns | 1,484.74 | NA | NA | 0.00 | 0.00 |
| TRADEMARK PROPERTIES, LLC | Uns | 5,410.47 | NA | NA | 0.00 | 0.00 |
| TRG ACCOUNT SERVICES | Uns | 505.66 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Uns | 610.42 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 610.42 | 610.42 | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES | Uns | 0.00 | 695.18 | 695.18 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Uns | 0.00 | 282.09 | 282.09 | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES | Uns | 0.00 | 164.45 | 164.45 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 555.16 | 555.16 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,999.80 | $ 268.31 | $ 110.09 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 3,999.80 | $ 268.31 | $ 110.09 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 6,670.12 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 621.60 |
| Disbursements to Creditors | $ 378.40 |
| **TOTAL DISBURSEMENTS:** | $ 1,000.00 |

UST Form 101-13-FR-S (4/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/18/2009            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)